**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| IN RE | ) | **CHAPTER 13 PROCEEDINGS** |
| **STEVEN M DEBOLD** | ) | |
| | ) | **CASE NO.** 11-21255 |
| **JACQUELINE S DEBOLD** | ) | |

## MOTION TO DISMISS

      Comes now Paul R. Chael, Trustee herein, and states that the above Chapter 13 case should be dismissed for the following reason:

\_\_\_\_\_ Debtor(s) has not commenced making plan payments and no showing has been made for any just cause for said default.

\_\_\_\_\_ Debtor(s) failed to file a plan as provided in 11 U.S.C. 1321 and B.R.3015

\_\_\_\_\_ Debtor(s) is in material default in the sum of **$**_____ and no showing has been made for any just cause for said default. Debtor has failed to begin making payments.

\_\_\_\_\_ Debtor(s) has failed to provide a confirmable plan and/or has caused unreasonable delay resulting in prejudicial treatment to creditors.

\_\_\_\_\_ Debtor(s) and/or counsel has failed to appear at the scheduled meeting of creditors on the following dates: pursuant to Sec.341.

 X  Debtor(s) noncompliance in providing necessary information needed to complete the 341 Meeting of Creditors and/or has caused unreasonable delay resulting in prejudicial treatment to creditors. Debtors failed to submit 2008 and 2009 taxes and 6 month prior pay stubs.

      **Wherefore,** Trustee prays that these proceedings be dismissed and that a time be set for Trustee to make final report of his receipts and disbursements in these proceedings.

                                                                           /s/ Paul R. Chael
                                                                          Paul R. Chael, Trustee
                                                                          Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2011, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee- ustpregion10.soecf@usdoj.gov
Attorney for Debtor(s): Michael P. McIlree

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor: Steven and Jacqueline Debold, 1806 Pine Creek Rd., Valparaiso, IN 46383

                                                                          /s/Paul R. Chael
                                                                       Paul R. Chael, Trustee
                                                                       401 West 84th Drive, Suite C
                                                                       Merrillville, IN 46410
                                                                       (219) 650-4015