# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana

In Re: Debtor(s) (name(s) and address)  )
Steven M. Debold  )
xxx–xx–2538  )
1806 Pine Creek Rd.  ) Case Number: 11–21255–jpk
Valparaiso, IN 46383  )
  )
Jacqueline S. Debold  )
xxx–xx–4772  )
1806 Pine Creek Rd.  )
Valparaiso, IN 46383  )
  ) Chapter: 13
  )
  )
  )
  )
  )
  )

## NOTICE OF NONCOMPLIANCE

NOTICE IS HEREBY GIVEN that the following documents have not been filed as required:

__X_ 1.  Schedule(s) A–J – Federal Rule of Bankruptcy Procedure 1007(b)(1).

__X_ 2.  Statement of Financial Affairs – Federal Rule of Bankruptcy Procedure 1007(b)(1).

__X_ 3.  Statement of Current Monthly Income – Federal Rule of Bankruptcy Procedure 1007(b)(4), (5), or (6).

__X_ 4.  Disclosure of Compensation of Attorney for Debtor – Federal Rule of Bankruptcy Procedure 2016(b).

____ 5.  Disclosure of Compensation of Bankruptcy Petition Preparer – 11 U.S.C. Section 110(h)(2).

__X_ 6.  Statement of Social Security Number – Federal Rule of Bankruptcy Procedure 1007(f).

__X_ 7.  Certificate Concerning Credit Counseling – Federal Rule of Bankruptcy Procedure 1007(b)(3).

____ 8.     Statement of Insider Compensation – Northern District of Indiana Local Bankruptcy Rule B–1007–3.

__X_ 9.     Chapter 13 Plan – Federal Rule of Bankruptcy Procedure 3015(b) .

____ 10.    Matrix of Creditors Addresses – Northern District of Indiana Local Bankruptcy Rule B–1007–1(a).

__X_ 11.    Summary of Schedules – Federal Rule of Bankruptcy Procedure 1007(b)(1).

__X_ 12.    Statistical Summary of Certain Liabilities and Related Data – Federal Rule of Bankruptcy Procedure 1007(b)(1).

      Failure to file these documents may result in the dismissal of the case. Further, the failure to file those items required by 11 U.S.C. § 521(a)(1), including those listed in lines 1 and 2 above, will result in the dismissal of the case, by operation of law, without further notice or hearing.

Dated at Hammond, Indiana on April 27, 2011 .

                                        Christopher M. DeToro
                                        _____
                                        Clerk, United States Bankruptcy Court

                                                    Document No. 8